■ LEONA RITTNER, Appellant, v CITY UNIVERSITY OF NEW YORK, Respondent. [698 NYS2d 491] —Order, Court of Claims of the State of New York, New York County (Alan Marin, J.), entered April 22, 1998, which granted respondent's motion for summary judgment dismissing appellant's claim, unanimously affirmed, without costs.

The motion court properly determined that appellant's claim is time-barred pursuant to CPLR 213 (2). Insofar as her claim relates to events which are prior to respondent's December 1987 letter discontinuing reimbursement, it is outside the applicable six-year Statute of Limitations. As to subsequent events, they cannot credibly be construed as creating a contract (see, 1 Williston, Contracts § 3:2, at 200-203 [4th ed]). Concur— Ellerin, P. J., Nardelli, Lerner, Andrias and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOSEA B. DAVIS, Appellant. [698 NYS2d 860] —Judgment, Supreme Court, Bronx County (Roger Hayes, J.), rendered January 5, 1996, convicting defendant, after a nonjury trial, of four counts of sodomy in the first degree and four counts of sexual abuse in the first degree, and sentencing him to four concurrent terms of 5 to 15 years concurrent with four concurrent terms of 2⅓ to 7 years, unanimously affirmed.

The verdict was based upon legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the fact-finder's credibility determinations.

We perceive no abuse of sentencing discretion. The record fails to support defendant's claim that the sentence imposed was based in part upon improper criteria. Concur—Ellerin, P. J., Rosenberger, Nardelli, Mazzarelli and Friedman, JJ.